

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2024

No. 04-24-00666-CV

**IN THE INTEREST OF B.C.A.**, R.G.A., and J.J.A., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-PA-00615
Honorable Charles E. Montemayor, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on December 18, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk